In the Matter of the Claim of LENA HAMLIN, Respondent, against GENERAL MOTORS CORPORATION, Appellant. THE STATE INDUSTRIAL BOARD, Respondent.

(Argued October 2, 1928; decided October 16, 1928.)

*Lewis C. Ryan* for appellant.

*Albert Ottinger, Attorney-General (E. C. Aiken* of counsel), for respondent.

no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.